UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM DAVIS, GENEVIEVE DAVIS,

                Plaintiff,

-against-

JP MORGAN CHASE BANK, NA, and PENNYMAC, CORP,

                Defendants.

Case No. 14 CV 6263 (KMK)

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PennyMac Corp. (**PennyMac**), erroneously sued herein as PennyMac, Corp., certifies as follows:

1.     PennyMac is a Delaware corporation that is wholly owned by PennyMac Operating Partnership, L.P., a Delaware limited partnership, which is owned by PennyMac Mortgage Investment Trust (**PMIT**), a Maryland real estate investment trust.

3.     No publicly traded corporation owns more than 10% of PMIT's stock.

4.     PMIT is a publicly traded company.

Dated: April 15, 2015
New York, New York

                              <u>/s/ Ashley S. Miller, Esq.</u>
                              Ashley S. Miller, Esq.
                              666 Fifth Avenue, 20th Floor
                              New York, NY 10103
                              (212) 880-3800

                              *Attorneys for Defendant PennyMac Corp.*

{30816280;1}

## CERTIFICATE OF SERVICE

I, Ashley S. Miller, an attorney, hereby certify that on this 15th day of April, 2015, a true and correct copy of this document was served via ECF upon all parties registered to receive service via ECF in this case.

/s/ Ashley S. Miller
Ashley S. Miller, Esq.
666 Fifth Avenue, 20th Floor
New York, NY 10103
(212) 880-3800

*Attorneys for Defendant PennyMac Corp.*

{30816280;1}