# Law Offices of David M. Schlachter, LLC

| | |
|---|---|
| 8 Carefree Lane | www.LawDMS.com |
| Suffern, NY 10901 | DavidS@lawdms.com |
| 212 257-2190 | 973 272-4167 (fax) |

David M. Schlachter, Esq. – NY, NJ

June 4, 2015

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **Re**: **Genevieve Davis v. J.P. Morgan Chase**
> **United States District Court**
> **Southern District of New York**
> <u>**Docket No. 14-CV-6263**</u>

Dear Judge Karas:

Plaintiffs write this letter regarding its date in submitting its Opposition to Defendants' motions to dismiss. Plaintiffs do not disregard the Court's instructions or timelines. Opposition was filed a few days late because Plaintiffs had to oppose two motions. At the initial scheduling conference Plaintiffs thought that Defendants would file the motion to dismiss jointly. However, each Defendant filed its own Motion to Dismiss and Plaintiffs had to oppose both in its opposition. Despite trying to meet the deadline Plaintiffs were a couple of days tardy.

Plaintiffs apologize to the Court and to Defendants. We thank the Court for its consideration.

Very truly yours,

_____
David M. Schlachter

Cc:   William Davis
      Mary C. Dekar, Esq.
      Ashley S. Miller, Esq.

DMS/dms

*Evening and Sunday Appointments Available!*

# Law Offices of David M. Schlachter, LLC

8 Carefree Lane                        www.LawDMS.com
Suffern, NY 10901                      DavidS@lawdms.com
212 257-2190                           973 272-4167 (fax)

David M. Schlachter, Esq. – NY, NJ

*Evening and Sunday Appointments Available!*