# Morgan Lewis

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

January 15, 2016

**BY CM/ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
 Southern District of New York
 300 Quarropas Street
 White Plains, NY 10601-4150

Re:   7:14-cv-06263-KMK Davis et al v. JP Morgan Chase Bank, N.A.

Dear Judge Karas:

I am an attorney associated with the law office of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), counsel for JPMorgan Chase Bank, N.A. ("JPMC") in the above-referenced case and have entered an appearance.

I write to inform the Court that I am resigning from Morgan Lewis effective January 22, 2016. Simon Chang, an attorney associated with Morgan Lewis, has also entered an appearance in this case and will continue to serve as counsel for JPMC.

Sincerely,

/s/ Mary Claire Dekar

Mary Claire Dekar

*Ms. Dekar should be removed as counsel of record for JP Morgan Chase Bank, N.A.*

*So Ordered*

*[signature]*
1/19/16

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921            ☎ +1.215.963.5000
United States                            🖷 +1.215.963.5001